IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(Southern Division)

| | | |
|---|---|---|
| DEETTE GREEN, | * | |
| Plaintiff, | * | |
| v. | * | Case No.: 21-1787 |
| FORMAN MILLS, INC. | * | |
| Defendant. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF REMOVAL

COMES NOW, Defendant Forman Mills, Inc. ("Forman Mills"), by and through its undersigned counsel, hereby gives notice of removal of the above action from the Circuit Court for Prince George's County, Maryland ("Circuit Court"), to the United States District Court for the District of Maryland, pursuant to 28 U.S.C. §§ 1332(a), 1441 and 1446. As set forth below, this Court has original diversity jurisdiction over this action pursuant to 28 U.S.C. § 1332. All requirements for the removal of this action are met through the allegations contained in the pleadings filed in Circuit Court and in this Notice of Removal.

In support of this Notice of Removal, Defendant states as follows:

1. There is pending in the Circuit Court for Prince George's County, Maryland, a Complaint entitled Deette Green v. Forman Mills, Inc., Case No. CAL21-05025 (the "State Court Action"). The Complaint in the State Court Action was filed on or about May 11, 2021. A copy of the Complaint is attached hereto as Exhibit A.

2. Defendant first received a copy of the Complaint in the State Court Action on or about June 22, 2021. There have been no further proceedings in the State Court Action.

3. This Notice of Removal is filed within thirty (30) days of the date upon which Defendant first received a copy of the Complaint, and is therefore timely pursuant to 28 U.S.C. § 1446(b).

4. The State Court Action is properly removed under 28 U.S.C. § 1441(a), because the State Court Action is subject to the original jurisdiction of the Court pursuant to 28 U.S.C. § 1332, as explained below.

5. Plaintiff is a resident of the District of Columbia. *See* Exhibit A.

6. Forman Mills is a privately owned company incorporated in Pennsylvania with its principal place of business in New Jersey. See Exhibit B. Forman Mills therefore has dual citizenship in both the Commonwealth of Pennsylvania and New Jersey for purposes of diversity jurisdiction pursuant to 28 U.S.C. § 1332(c).

7. Plaintiff's Complaint seeks compensatory damages in excess of seventy-five thousand dollars ($75,000). *See* Exhibit A.

9. This action is properly removed on grounds of diversity jurisdiction because (a) complete diversity of citizenship exists between Plaintiff and Forman Mills and (b) the amount in controversy herein exceeds the sum or value of $75,000.

10. Written notice of the filing of this Notice of Removal will promptly be given to Plaintiff and the Clerk of the Circuit Court for Prince George's County, Maryland, as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendant Forman Mills, Inc. respectfully requests that this case proceed before this Court as an action properly removed.

Respectfully submitted,

/s/ George Bogris
George D. Bogris  (#10458)
Saad Malik (#21614)
MINTZER SAROWITZ ZERIS
LEDVA & MEYERS, LLP
810 Gleneagles Court, Suite 304
Towson, Maryland 21286
Tel: (410) 583-8081
Fax: (410) 821-1608
gbogris@defensecounsel.com
smalik@defensecounsel.com
**Attorneys for Forman Mills, Inc.**

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of July, 2021 a true and accurate copy of the foregoing was served via the Court's CM/ECF system and was also mailed, U.S. Mail, first-class, postage prepaid, to the following:

Allan M. Siegel. Esq.
Chaikin, Sherman, Cammarata & Siegel, P.C.
1232 17th Street, N.W.
Washington, DC 20036
Phone: (202) 659-8600
Fax: (202) 659-8680
siegel@dc-law.net
**Attorney for Plaintiff**

/s/ George Bogris
George D. Bogris (CPF#10458)